**Appeal Dismissed and Opinion Filed November 12, 2014.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-14-01354-CR

### JACQUELINE BROWN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-33436-N

---

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
141354F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

JACQUELINE BROWN, Appellant

No. 05-14-01354-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-33436-N.
Opinion delivered per curiam before Justices FitzGerald, Fillmore, and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 12th day of November, 2014.